M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Henry County, Al Jail
Charles Edward Brown
_____
Full name and prison name of
Plaintiff(s)

v.

Lee Padgett
Gracie Noblin
_____
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO.
(To be supplied by Clerk of U.S. District Court)

1:19-cv-1076-ECM

RECEIVED 2019 DEC 27 A 8:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒  No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☒   NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Charles Edward Brown

         Defendant(s) CASE(s) # 1:19-CV-363-WHA-CSC
         1:19-CV-382-ALB-CSC  1:19-CV-603-ALB
         1:19-CV-682-ECM

      2. Court (if federal court, name the district; if state court, name the county)
         Middle

3. Docket number _N/A_
4. Name of judge to whom case was assigned _#682 Wallace Capel Jr_
   _#603·363·382 Charles S. Coody_
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _All still pending_
6. Approximate date of filing lawsuit _mid 2019_
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Henry Co Jail Abbeville, Al_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_Henry Co Jail Abbeville, Al_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lee Padgett | 101 Court Sq Room G Abbeville, Al 36310 |
| 2. | Gracie Nolin | 101 Court Sq Room G Abbeville, Al 36310 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_8-1-19_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Being held in Segregation as of today 142 days without a sanction, citation, or disciplinary. • No the daily rec • No taken outside • Must buy paw red • Must buy tissue. • Racial slurs/comments by a inmate in cell next to me._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

As of 8-1-19 I have Been IN the Henry Co Jail And to date 12-20-19 I have been in Segregation with no kind of citation/disciplinary. I have a 3yr old injury to my right coller-bone and that is why I'm in Seg per C/O Nolin (Shift Supervisor). However on 11-15-19 I went to SARHA (Southeast Alabama Rural Health Associates)

GROUND TWO: And have In my possession a Clearance letter about my coller-bone being a old injury and now not a problem, and I'm clear for work etc... Also I have been in this jail numerous

SUPPORTING FACTS: times since the injury occurred and was always been in population. (I am simply in SEG b/c of pending lawsuits) I do not get 1 hour a day Rec time which is required to someone in Seg. I have been outside only twice since 8-1-19, once on 10-8-19 for court and on 11-15-19 for doctor. I'm Also Indigent (maybe getting $20 a month) and I'm being told I have to buy tissue and medications

GROUND THREE: such as pain med/cough drops/headache med even though during the booking process I signed a paper/waiver that Henry Co Sheriff office will handle all my medical need while incarcerated here.

SUPPORTING FACTS: I'm housed in 2 man Right. In the next door cell 2 man Left there is a white inmate who constantly uses the N word and make racial comments. I have filed grievances and wrote the Sheriff about all the Aforementioned facts with no reply other than we working on it. Also on 11-15-19 I filed a grievance and as of to date I have not gotten a reply even though the handbook states you will get a written reply in (72 hrs) excluding weekends and holidays (No Due Process) The Administrator here is well pass the threshold of misconduct and while preparing to be a servant of the people, has in fact been engaging in perfidious conduct that knows no bounds.

Being in SEG 142 days without cause Unconstitutional
No Rec. No outside time in 142 days Unconstitutional
Being forced to use writing paper for tissue Unconstitutional
enduring Racial Slurs and being called the N word Daily Unconstitutional

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That is for the Courts to decide but there must be a sanction/penalty granted b/c the misconduct of the Administrator/Administration here is endless. I must be moved from SEG, given tissue, pain med, taken outside atleast 3 times a week.

*Charles Brown*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12·20·19
(Date)

*Charles Brown*
Signature of plaintiff(s)

Charles Beanal
101 Court Sq Room 6
Abbeville, Al 36310

MONTGOMERY AL 360
23 DEC 2019 PM 3 L



MAIL ORIGINATED FROM
THE HENRY COUNTY JAIL

Legal Correspondence
To Be opened By
Addressee Only

36104-401801

US Clerk
Debra P. Hackett
ONe Church ST Room B-110
Montgomery, Al 36104